UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-22155-CIV-GAYLES/TURNOFF

**LYNNE SELLON**,

    Plaintiff,

vs.

**CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES**,

    Defendant.

_____/

NOTICE OF COURT PRACTICE UPON
NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Pending Settlement [D.E. 10], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of December, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
      All Counsel of Record